IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RICHARD ALLEN YEAGER, #264071, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CASE NO. 1:18-CV-526-WKW [WO] |
| HENRY BUTCH BINFORD, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

On June 8, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 6.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED. Accordingly, it is ORDERED that Plaintiff's motion for class certification (Doc. # 4) is DENIED and that this case is referred back to the Magistrate Judge for additional proceedings.

DONE this 29th day of June, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE